1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LAJUANA DANETTE WHITE, | Case No. 8:23-cv-02300-MWC-MAA |
|---|---|
| PLAINTIFF, | |
| V. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| FESIA DAVENPORT, ET AL., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint (ECF No. 16); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 19). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

///
///
///
///

(2) The Second Amended Complaint and this lawsuit are **DISMISSED**; Judgment shall be **ENTERED DISMISSING** this lawsuit **WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**.

DATED: January 22, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE