JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJUANA DANETTE WHITE,<br><br>PLAINTIFF,<br><br>V.<br><br>FESIA DAVENPORT, ET AL.,<br><br>Defendants. | Case No. 8:23-cv-02300-MWC-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: January 22, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE